

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
SEP 17 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DOUGLAS BENNETT

VS

CITY OF CHICAGO
OFFICER JUAREZ ( 5605 ) individual capacity official capacity OFFICER NAVA (10261 ) individual capacity and official capacity

1:24-cv-08527
Judge Sara L. Ellis
Magistrate Judge Heather K. McShain
RANDOM CAT 2

CIVIL NO:

42 U.S.C. Ss 1983 COMPLAINT

PLaintiff , Douglas Bennett in his own proper persona and submits his Civil Right suit under 42 U.S.C Ss 1983

1. This is a civil rights action brought pursuant to 42 U.S.C. Ss to redress the deprivation of plaintiffs' right under the Fourth and Fourteenth Amendments to the United States Constitution. This case arises from an incident in which plaintiffs were unlawfully stopped , detained, and arrested by Defendants without probable cause, solely based on racial profiling . Plaintiffs seek compensatory, punitive, and mental anguish damages, as well as any other relief this court deems just and proper .

### JURISDICTION

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. Ss 1331 ( federal question jurisdiction) and 28 U.S.C. Ss 1343 (a)(3) and (4) ( Civil rights jurisdiction).

### VENUE

3. Venue is proper in this district pursuant to 28 U.S.C. Ss 1391 (b) because the events giving rise to this claim occurred within North District Of Illinois.

### PLAINTIFFS

4. Douglas D. Bennett 6966 S. EBerhart Ave Chicago IL 60637-4610

### DEFENDANTS

5. City of Chicago can be served at 50 west Washington Chicago IL 60603
6. Office Juarez ( 5603 ) can be served at 3510 S. Michigan Ave Chicago 60653
7. Officer NAVA ( 10261 ) can be served at 3510 S. Michigan Ave Chicago 60653

### STATEMENT OF FACTS

On 9-11-24 at 10:20 the plaintiff myself James griffin and Alexus Hamilton were head from the location 511 North Columbus when the above officer Juarez and officer NAVA stopped the vehicle because of the tags being expired.

The plaintiff states officer Juarez got out of his police cruiser and approached my vehicle on the drivers side.

The officer Vuarez didn't ask for license and registered at right he started to inquire about my Gun license and that it was expired and do I have the gun.

The plaintiff was confused because he thought the stop was based upon a traffic violation but the officers were violating a clearly established Right afforded to the plaintiff and his passenger to be free from unwanted intrusion in his property, papers and effects.

The plaintiff states nothing warranted the officer Juarez to do a Terry stop and take the stop further by Racial profiling the plaintiff and searching his car without probable cause.

The 4th amendment states no warrant shall issue but upon probable cause supported by oath or affirmation describing the place to be searched and person to be seized.

The plaintiff states Illinois ordinance violations are traffic infractions because the plaintiff wasn't driving on suspended license or his license wasn't revoked.

The plaintiff states the officer Vuarez used excessive force by placing a gun to my head and staying you got it on you so I got to make sure I kill you before you kill me .

The plaintiff was in fear of his life because Officer Vuarez and Officer NAVA clearly violated his 4th and 14th amendment rights .

The plaintiff states the Lt . came on the scene and informed the plaintiff [ he ] was reporting officer Ruarez to the officer's investigation unit because Lt. was filing a complaint against Officer Ruarez for misconduct .

The plaintiff states he went to the hospital because officer Ruarez placed the hand cuffs so tight on his hands that it cut off blood flow and fractured my risk... see Dr reports ..

The Lt. unknown waited because I was in fear of my life to go back to my own car and drive away because a gun was placed in my face and I was about to be shot for being an African American citizen of this great country by Officer Ruarez .

The plaintiff states officer NAVA sat by her partner and allow him to violate my human right and civil right and my Illinois constitutional rights under the 1970 edition.

As a citizen of this country I was totally shocked because I don't have any criminal background warranted to be treated like a criminal.

The city of Chicago is responsible for its officers conduct and the city of Chicago indemnifies the officers in there official capacity.

The plaintiff states both witness will testify to these facts James Griffin & Alexus Hamilton.

RELIEF SOUGHT

1. 1. Million in compensatory damages
2. 1. Million in punitive damages
3. Requesting counsel under the trial bar obligation
4. Seeking and injunctive relief for Chicago to bring their standard of conduct to constitutional standards
5. ANYOTHER relief this court deems just and fair .

RESPECTFULLY SUBMITTED
DOUGLAS BENNETT

9/17/24